No. 72–972. WESTERN RAILWAY OF ALABAMA *v.* BLUE. C. A. 5th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5125. PERKINS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Bernardino. Certiorari denied.

No. 72–5640. TAYLOR *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5697. SHAFFNER *v.* COWAN, WARDEN. Ct. App. Ky. Certiorari denied.

No. 72–5718. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5800. DAWSON, AKA ROACH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5842. MOORER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5845. HOWARD *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ▇▇▇▇▇▇

No. 72–5862. KORTSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5875. NELSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5876. RAEL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 72–5877. COSTA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5888. DECOSTA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.